✎ AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X  ACTION      ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA |
|---|---|
| DOCKET NO.<br>6:10-cv-44-Orl-19GJK | DATE FILED<br>1/8/10 | ORLANDO DIVISION, 301 W. CENTRAL BLVD., SUITE 1200, ORLANDO, FL 32801 |

| PLAINTIFF<br><br>LIBERTY MEDIA HOLDINGS, LLC | DEFENDANT<br><br>WINTICE GROUP, INC., D/B/A MEN4RENTNOW.COM AND JOHN DOES 1-10 |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | PLEASE SEE ATTACHED COMPLAINT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br><br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br><br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br><br>SHERYL L. LOESCH | (BY) DEPUTY CLERK | DATE<br>1-11-10 |

1) Upon initiation of action,      2) Upon filing of document adding copyright(s),      3) Upon termination of action,
    mail copy to Register of Copyrights          mail copy to Register of Copyrights                 mail copy to Register of Copyrights

DISTRIBUTION:
4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy