Marc J. Randazza
FL Bar No. 625566
MA Bar No. 651477
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)

Trial Counsel for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>WINTICE GROUP, INC. d/b/a MEN4RENTNOW.COM, a California corporation; JUSTIN KRUEGER, an individual; and JOHN DOES 2-10<br><br>Defendants | Case No. 6:10-CV-0044<br><br>**DECLARATION OF ERIC GAPP IN SUPPORT OF FIRST AMENDED COMPLAINT** |

I, ERIC GAPP, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and the information contained herein is based upon personal knowledge.

2. On January 19, 2010, using the Google Chrome web browser, I navigated to www.men4rentnow.com, and clicked "I Agree" to enter. I

navigated to the Orlando, Florida selection under "City/Region" and clicked find. A screen shot of the page is attached hereto as **Annex A**.

3. On January 10, 2010, using the Firefox web browser, I navigated to www.men4rentnow.com, and clicked "I Agree." I then clicked on the "Place Your Ad" option and selected "view page source" to show the underlying page source code. See **Annex B**.

4. On December 7, 2009, using the Firefox web browser, I navigated to the following page: http://www.men4rentnow.com./ds/index.asp?cmd=view&id=213123&Login=CorbinFisher, which showed the escort ads attached to the Amended Complaint as **Exhibit A.**

5. The Annexes to this Declaration and Exhibit A to the Amended Complaint are true and correct copies of the content that appeared on men4rentnow.com on the aforementioned dates.

Executed this 14 day of January 2010 in San Diego, CA.

Eric Gapp