Marc J. Randazza
FL Bar No. 625566
MA Bar No. 651477
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)

Trial Counsel for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WINTICE GROUP, INC. d/b/a MEN4RENTNOW.COM, a California corporation; JUSTIN KRUEGER, an individual; and JOHN DOES 2-10<br><br>　　　　Defendants | Case No. 6:10-CV-0044<br>_____<br><br>**CERTIFICATE OF INTERSTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

　　I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

　　1.　The name of each person, attorney, association of person, firm, law firm, partnership and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly trades companies that

own 10% or more of a party's stock, and all other identifiable legal entities related to a party: Excelsior Media LLP, Excelsior Media Corp, Liberty Media Holdings, Wintice Group, and Justin Krueger.

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings: Not applicable.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' Committee, the 20 largest unsecured creditors: Not applicable.

4. The name of each victim (individual and corporate), including every person who may be entitled to resitution: Liberty Media Holdings, LLC.

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: January 19, 2010                    Respectfully Submitted,

                                           s/ Marc Randazza
                                           Marc J. Randazza,
                                           FL Bar # 625566
                                           302 Washington Street, Suite 321
                                           San Diego, CA 92103
                                           619-866-5975
                                           619-866-5976 fax

## Certificate of Service

The undersigned does certify that on this 26th day of January 2010, he did file the foregoing document using the CM/ECF system and additionally provided a copy of this document to opposing counsel for Wintice Group at PArvant@StarkReagan.com and to Defendant Justin Krueger at krueger21@yahoo.com.

                                      s/ Marc Randazza
                                      Marc J. Randazza,
                                      FL Bar # 625566
                                      302 Washington Street, Suite 321
                                      San Diego, CA 92103
                                      619-866-5975
                                      619-866-5976 fax