UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIBERTY MEDIA HOLDINGS, LLC,

     Plaintiff,

v.             Case No. 6:10-cv-44-Orl-19GJK

WINTICE GROUP, INC. doing business as
men4rentnow.com, JOHN DOES 1-10,

     Defendants.

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

X IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
 [Address and Telephone]
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976
marc@excelsiormedia.com