**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LIBERTY MEDIA HOLDINGS, LLC,

Plaintiff,

v.

WINTICE GROUP, INC., d/b/a MEN4RENTNOW.COM, a California corporation; JUSTIN KRUEGER, a/k/a "JAKE LYONS", an individual; and JOHN DOES 2-10

Defendants.

Case No. 6:10-cv-0044-Orl-PCF-GJK

**MOTION TO APPEAR PRO HAC VICE**

In accordance with Local Rule 2.02, Special Admission to Practice, the undersigned respectfully moves for the admission of Peter L. Arvant, Esq. of the law firm Stark Reagan, P.C. 1111 W. Long Lake Road, Troy, Michigan 48098, for purposes of appearing as co-counsel on behalf of Defendant, WINTICE GROUP, INC., herein, in the above case only.

Peter L. Arvant is not a resident of Florida and is a member in good standing in the United States District Court for the Eastern District of Michigan (admitted December 12, 1995). Peter L. Arvant has complied with the fee and registration requirements of Local Rule 2.01(d).

**DESIGNATION OF LOCAL COUNSEL**

In further support of this motion, it is hereby designated that James R. Lussier of the law firm Mateer & Harbert, P.A. is a member of the bar of this Court, is a resident of Florida, and maintains an office in this District for the practice of law. He is a person whom will be responsible for the progress of the case and upon whom notices and papers may be served. In addition, the law firm of Mateer & Harbert, P.A., 225 E. Robinson Street, Suite 600, Orlando, FL

32801, (407) 425-9044, acts as counsel in this matter on behalf of Defendant, Wintice, Inc.

**CONSENT TO DESIGNATION**

By my signature below, I, James R. Lussier, hereby consent to the foregoing designation.

**LOCAL RULE 3.02(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he has contacted counsel for the remaining parties and they do not object to this motion.

Respectfully submitted,

/James R. Lussier/

JAMES R. LUSSIER
Florida Bar Number 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
jlussier@mateerharbert.com

*Attorney for Wintice, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2010 I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system.

/James R. Lussier/

JAMES R. LUSSIER
Florida Bar Number 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
jlussier@mateerharbert.com

*Attorney for Wintice, Inc.*