**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LIBERTY MEDIA HOLDINGS, LLC,**

          **Plaintiff,**

**-vs-**                                    **Case No. 6:10-cv-44-Orl-19GJK**

**WINTICE GROUP, INC., JUSTIN KRUEGER, and JOHN DOES 2-10,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO APPEAR PRO HAC VICE** (Doc. No. 13) |
| **FILED:** | February 25, 2010 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

The motion to appear *pro hac vice* of Peter L. Arvant, Esq. (Doc. No. 13) is **GRANTED**, provided, counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." If counsel outside the Middle District of Florida is unable to take the training class offered by the Clerk's Office, counsel must take the tutorial offered on the website before using the system.

Local counsel, James R. Lussier, Esq. fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney. If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within fourteen days from the date of this order.

**DONE** and **ORDERED** at Orlando, Florida on March 1, 2010.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record