**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WINTICE GROUP, INC., d/b/a ) | Case No. 6:10-cv-0044-Orl-PCF-GJK |
| MEN4RENTNOW.COM, a California ) | |
| corporation; JUSTIN KRUEGER, a/k/a ) | |
| "JAKE LYONS", an individual; and JOHN ) | |
| DOES 2-10 ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Wintice Group, Inc.; Stark Reagan, P.C.; Peter L. Arvant, Esq.; Mateer & Harbert, P.A.; James R. Lussier; Justin Krueger; Liberty Media Holdings, LLC**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings

**None.**

3.) the name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

 **None.**

 4.) the name of each victim (individual and corporate), including every person who may be entitled to restitution.

 **None.**

 5.) Check one of the following:

   __X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

   _____ b. I certify that I am aware of a conflict or basis of recusal of the Magistrate Judge.

Respectfully submitted,

Lead Trial Counsel

/s/ Peter L. Arvant
PETER L. ARVANT (P52809)
Stark Reagan, P.C.
1111 W. Long Lake Road, Ste. 202
Troy, Michigan 48098
Telephone: 248-641-9955
Facsimile: 248-641-9921
parvant@starkreagan.com

Local Counsel

/s/ James R. Lussier
JAMES R. LUSSIER
Florida Bar Number 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854

2

                                                Orlando, Florida  32802-2854
                                                Telephone:  (407) 425-9044
                                                Facsimile:  (407) 423-2016
                                                jlussier@mateerharbert.com

                                                *Attorneys for Wintice, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2010 I electronically filed the foregoing with the

Clerk of the Court by using the *CM/ECF* system.

                                                /s/ Peter L. Arvant
                                                PETER L. ARVANT (P52809)
                                                Stark Reagan, P.C.
                                                1111 W. Long Lake Road, Suite 202
                                                Troy, Michigan 48098
                                                Telephone: 248-641-9955
                                                Facsimile: 248-641-9921
                                                parvant@starkreagan.com

                                                *Attorney for Wintice, Inc.*

                                                4811-5592-1669, v.  1