AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:10-CV-0044

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Justin Krueger**
was received by me on *(date)* **April 8, 2010**.

☒ I personally served the summons on the individual at *(place)* **April, 8, 2010 @ 9:48 PM**
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **April**

*Server's signature*

**Kenneth Nail #578**
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**25 yr / W/M, 5'5", 121 lbs., Black hair, no glasses,**