Marc J. Randazza
FL Bar No. 625566
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)

Trial Counsel for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 6:10-CV-0044 |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF DEFENDANT WINTICE GROUP** |
| vs. | |
| WINTICE GROUP, INC. d/b/a MEN4RENTNOW.COM, a California corporation; JUSTIN KRUEGER, an individual; and JOHN DOES 2-10 | |
| Defendants | |

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Liberty Media Holdings, LLC (Liberty or Plaintiff) hereby gives notice that it has settled its claims with Defendant Wintice Group, Inc., d/b/a Men4RentNow.com (Wintice). Accordingly, Liberty hereby requests that Wintice be dismissed from the above-referenced action with prejudice.

Dated: April 26, 2010

Respectfully Submitted,

s/ Marc Randazza
Marc J. Randazza,
FL Bar # 625566
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 fax

**SO ORDERED.**

Signed this _____, 2010.

_____
Honorable Judge Patricia C. Fawcett
United States District Judge