UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

LIBERTY MEDIA HOLDINGS, LLC
        Plaintiff,

vs.

CASE NO: 6-10-CV-0044

WINTICE GROUP, INC dba.
MEN4RENTNOW.COM, a
California Corporation; JUSTIN
KRUEGER, a/k/a "JAKE LYONS",
an individual, AND JOHN DOES 2-10
        Defendants
Justin Krueger        /

## MOTION TO DISMISS FOR IMPROPER VENUE

    COMES NOW the Defendant, Justin Krueger, and moves this Honorable Court for an order dismissing the above styled complaint and as grounds would state:

    1.    This action has been filed in the wrong district because (a) the jurisdiction of this court is invoked solely on the ground that the action arises under the Constitution and laws of the United States and (b) the Defendant, Justin Krueger, is a resident of the Southern District of Florida, residing at 1009 N.E. 23rd Dr., 33305_____, Wilton Manors, Florida, which is located in the Southern District of Florida.

    2.    This action was served on the Defendant at his residence address in Wilton Manors, Florida, in the Southern District of Florida, on April 8, 2010.

    3.    The Defendant is attempting to secure legal counsel to represent him, however requiring the Defendant and/or his counsel to travel to the Middle District of Florida to defend this action will create considerable inconvenience and unnecessary expense for the Defendant.

    WHEREFORE, Defendant, Justin Krueger, moves this Honorable Court for an order dismissing this cause because of improper venue.

    I HEREBY CERTIFY that a copy of the foregoing has been sent by fax and U.S. Mail to Marc J. Randazza, Esq., 302 Washington Street #321, San Diego, CA 92103 ( Ph: 619.866.5975, Fax: 619.866.5976), on this the 29th day of April, 2010.

                JUSTIN KRUEGER, Defendant