Marc J. Randazza
FL Bar No. 625566
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)

Trial Counsel for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 6:10-CV-0044 |
| Plaintiff, | **MOTION TO STRIKE MOTION TO DISMISS FOR IMPROPER VENUE** |
| vs. | |
| WINTICE GROUP, INC. d/b/a MEN4RENTNOW.COM, a California corporation; JUSTIN KRUEGER, an individual; and JOHN DOES 2-10 | |
| Defendants | |

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Liberty Media Holdings, LLC (Liberty or Plaintiff) files its Motion to Strike Defendant Justin Krueger's (Krueger or Defendant) Motion to Dismiss.

On April 29, 2010 Krueger filed his Motion to Dismiss for Improper Venue (the Motion) (Doc. 21). Krueger's Motion should be stricken.

Krueger's entire Motion is merely a recitation of unsworn and self-serving facts. Accordingly, the factual statements offered by Krueger should be disregarded, and once disregarded, since nothing will remain, the Motion should be stricken. *Murdick v. Catalina*

*Mktg. Corp.*, 496 F. Supp. 2d 1337, 1348 (M.D. Fla. 2007) (striking unsworn affidavit when that affidavit did not satisfy the strict requirements of 28 USC § 1746). *Anthony Distribs. v. Miller Brewing Co.*, 941 F. Supp. 1567, 1580 (M.D. Fla. 1996) (rejecting testimony submitted that did not conform to 28 USC §1746). *In re Muscatell*, 106 B.R. 307 (Bankr. M.D. Fla. 1989) (same). "28 U.S.C. § 1746 mandates that the affiant declare, under penalty of perjury, that the facts contained in the affidavit are true." *Elder-Keep v. Aksamit*, 460 F.3d 979, 984 (8th Cir. 2006). *Gillie-Harp v. Cardinal Health, Inc.*, 249 F. Supp. 2d 1113, 1121 (W.D. Wis. 2003) (court could not consider document which lacked statement that the affidavit was sworn under penalty of perjury).

Wherefore, Plaintiff prays for an Order striking Defendant Krueger's Motion to Dismiss (Doc. 21) from the record.

Dated: May 4, 2010                                    Respectfully Submitted,

                                                      s/ Marc Randazza
                                                      Marc J. Randazza,
                                                      FL Bar # 625566
                                                      302 Washington Street, Suite 321
                                                      San Diego, CA 92103
                                                      619-866-5975
                                                      619-866-5976 fax

## CERTIFICATE OF SERVICE

The undersigned does certify that on this 4th day of May 2010, he did file the foregoing document using the CM/ECF system, and has sent copies of all the documents via email to defendant at krueger21@yahoo.com and via US Mail to 1009 N.E. 23rd Drive, Wilton Manors, FL 33305.

/s Marc J. Randazza
Marc J. Randazza, Esq.
302 Washington Street, Suite 321
San Diego, CA 92103
Telephone: 619-866-5975
Facsimile: 619-866-5976
Electronic Mail: marc@corbinfisher.com