Marc J. Randazza
FL Bar No. 625566
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)

Trial Counsel for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>WINTICE GROUP, INC. d/b/a MEN4RENTNOW.COM, a California corporation; JUSTIN KRUEGER, an individual; and JOHN DOES 2-10<br><br>Defendants | Case No. 6:10-CV-0044<br><br>**DECLARATION OF ERIC GAPP IN SUPPORT OF PLAINTIFF'S MOTION AGAINST JUSTIN KRUEGER FOR FEES AND COSTS** |

I, Eric Gapp, declare under penalty of perjury as follows:

1) I am the in-house paralegal for Plaintiff Liberty Media Holding and the following is based on my own personal knowledge.

2) On March 8, 2010 I mailed 2 separate packages, each containing a copy of the Second Amended Complaint, two copies of the Waiver of Service form, and a self-addressed, prepaid envelope to Defendant Justin Krueger, and to Krueger's business agent, Baileey Caro. On that same day I spoke with Mr. Caro via telephone to inform him of this fact so that he could expect the delivery, and to ensure that he understood what it was.

3) These packages were sent via certified mail-return receipt requested.

4) On March 19, 2010, the package sent to Mr. Krueger was returned to our office unopened.

5) On April 17, 2010, the package sent to Mr. Caro was returned to our office unopened.

Signed on _May 4_, 2010 in San Diego, California.

_____
Eric Gapp