Exhibit A



**GENERAL COUNSEL**
MARC J. RANDAZZA, ESQ.
T 619.866.5975 • F 619.866.5976
marc@corbinfisher.com

Sent Via Email Only
December 18, 2009

Justin Krueger
Krueger21@yahoo.com

    Re:    **LMH v. Krueger**

Dear Justin:

Per our earlier conversations, enclosed you will find a settlement agreement relinquishing any potential claims. Please review it to ensure that it meets with your satisfaction. If you approve, please sign and return a copy to our office via fax or email. I also request that you mail an original signed version to our office as well. In the meantime, should you have any questions or wish to discuss the settlement agreement further, please do not hesitate to call me.

        Sincerely,

        Marc J. Randazza, Esq.