Marc J. Randazza
FL Bar No. 625566
MA Bar No. 651477
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)

Trial Counsel for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 6:10-CV-0044 |
| Plaintiff, | **SECOND AMENDED COMPLAINT** |
| vs. | **(1) COPYRIGHT INFRINGEMENT** |
| | **(2) TRADEMARK INFRINGEMENT** |
| WINTICE GROUP, INC. d/b/a | **(3) UNFAIR COMPETITION: FALSE** |
| MEN4RENTNOW.COM, a California | **ADVERTISING** |
| corporation; JUSTIN KRUEGER a/k/a | **(4) BREACH OF CONTRACT** |
| "JAKE LYONS", an individual; and JOHN | |
| DOES 2-10 | **INJUNCTIVE RELIEF SOUGHT** |
| Defendants | |

The Plaintiff is a well-known adult entertainment company that produces high-quality erotic content under the name "Corbin Fisher."  The defendants misappropriated the Plaintiff's intellectual property and used that intellectual property in connection with advertising for gay escort services.  The Plaintiff takes great pains to distance itself from any such services; the Plaintiff has suffered damages as a result of the Defendants' misappropriation and misuse of its intellectual property, and the Plaintiff brings this

action seeking monetary damages and injunctive relief under the Copyright Act and the Lanham Act.

## INTRODUCTION

1.     The Plaintiff, Liberty Media Holdings, LLC ("LMH" or "Plaintiff") and its partner company produce high quality photographs, which are published and licensed to third party publishers for a premium fee.

2.     The Defendants misappropriated seven of LMH's images and unlawfully used them to market their own services—services that are connected to the prostitution industry.  (Krueger apparently provides escort services, while Wintice acts as a platform for the advertisement of those services.)

3.     The Defendants' actions are a clear violation of the Plaintiff's copyrights as protected by Title 17 of the U.S. Code, and the Defendants' actions are a violation of Plaintiff's trademarks as protected by Title 15 of the U.S. Code.

4.     The Defendants' actions were willful in nature, entitling the Plaintiff to enhanced damages.  The Plaintiff seeks statutory damages, actual damages, an award of its attorney's fees and costs of arbitration, as well as injunctive relief to ensure that Defendants engage in no future activity of a similar nature.

## THE PARTIES

### THE PLAINTIFF, LIBERTY MEDIA HOLDINGS, LLC

5.     LMH is a California corporation with a mailing address of 405 South Dale Mabry Highway, Suite 346, Tampa, Florida 33609.  LMH is registered to do business in the State of Florida and conducts a significant amount of business in Florida.  The Plaintiff's registered agent in this state is located in Altamonte Springs, Florida.

6.     LMH is an intellectual property holding company, and its parent company contracts with various models and photographers to create original works of art, the rights to which are then assigned in gross to LMH after production.

7.     LMH is responsible for the marketing and licensing of these original works of art.

8.    LMH either owns all of the intellectual property relevant to this case, or has had the intellectual property assigned to it, or has had the relevant claims assigned to it by the owner of the relevant intellectual property.

9.    Accordingly, the Plaintiff either directly, or through assignment, owns all relevant rights and has both the right and the responsibility to bring this lawsuit in order to protect the valuable intellectual property at issue.

### DEFENDANT WINTICE GROUP, INC. D/B/A/ MEN4RENTNOW.COM

10.    The Wintice Group, Inc. d/b/a/ Men4rentnow.com owns and operates the website www.men4rentnow.com.

11.    Men4rentnow.com is a website that advertises the services of male escorts, masseuses, and adult entertainers.

12.    The Wintice Group is headquartered at 8581 Santa Monica Blvd, #457, West Hollywood, CA 90069, but it does significant business in this state and in this forum.

### DEFENDANT JUSTIN KRUEGER

13.    LMH is informed and believes, and on that basis alleges that Justin Krueger (hereinafter Krueger) is an individual who resides at [REDACTED], Orlando, FL 32822.[1]

14.    Krueger offers male escort services in and around the Orlando area, and uses the Men4RentNow.com website to advertise his services to clients in the Orlando area.

15.    Krueger uses the name "Jake Lyons" as an alias.

### DEFENDANTS JOHN DOES 2-10

16.    John Does 2-10 are the owners, operators, principals, or agents of Wintince Group.

---

[1] In the original Complaint, the Clerk of the Court redacted Mr. Krueger's exact address. The Plaintiff, therefore, redacts this information in this Amended Complaint.

## JURISDICTION AND VENUE

17.     This Court has subject matter jurisdiction pursuant to the Copyright Act (17 U.S.C. §§ 101 et. seq.), the Lanham Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202, and this Court has supplemental jurisdiction over the state law claims as they arise from the same common nucleus of operable facts as the federal claims.

18.     Krueger is a resident of Orlando, Florida, and is subject to the jurisdiction of this Court.

19.     The relevant web page giving rise to this dispute between the parties advertised the services of a male escort in Florida.  See **Exhibit A**.  Furthermore, the infringements in the advertisement at issue in this action were placed pursuant to a contract with Defendant Justin Krueger who is a resident of this district.

20.     Wintice Group affirmatively consented to the jurisdiction of this Court or otherwise purposefully availed itself of the privilege of doing business in the state of Florida and within this district by contracting with a resident of this district for the advertisement of his escort services by using the Plaintiff's copyrighted images and registered trademarks.

21.     The Defendants regularly do business in this district and/or took actions that purposely targeted residents of this state, thus this Court has personal jurisdiction over all of the Defendants under the Florida Long-arm statute. *Fla. Stat.* § 48.193.

22.     While Defendant Wintice Group does business nationwide, the Florida market is of particular importance to Wintice Group.  As of the date of the First Amended Complaint, the men4rentnow.com website had 567 advertisements for gay escorts in the state of Florida.  See Court's Document 5-5, 5-6, and 5-7, Declaration of Eric Gapp and Annex A and B thereto.  Of these 567 ads, 121 were in Orlando, and 305 were within the Middle District of Florida.  *Id.*  Accordingly, Wintice Group specifically targets the Florida market and thus has purposefully availed itself of the privilege of doing business in this state and in this district.

23.     Wintice Group operates in this state, engages in business in this state, and carries on with substantial business contacts in this state.  Wintice Group's connection to this state is neither merely fortuitous nor attenuated.

24.     Wintice Group has committed a tortious act within this state by approving and publishing Krueger's ad for escort services, which are provided in this state, and Wintice Group was aware of that fact.

25.     Wintice Group and Krueger have caused injury to the Plaintiff's intellectual property in this state by solicitation of business in this state, engaging in business in this state, and doing so in an ongoing and consistent manner; they did so using the Plaintiff's intellectual property.

26.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claims pleaded herein occurred in this district, and thus, this venue is the most appropriate forum in which this case should be heard.

## FACTS COMMON TO ALL CLAIMS

### THE PLAINTIFF'S PROPERTY

27.     Corbin Fisher is one of the most well-known names in the adult entertainment business featuring gay content.  It is inconceivable that Wintice Group, which also serves the gay male market, was not aware of the Plaintiff and its intellectual property rights.

28.     The Plaintiff owns a number of intellectual property rights, which are relevant to this lawsuit including copyrights and trademarks.

29.     Collectively, these rights may be referred to as "The Intellectual Property."

30.     Individually, these rights will be referred to as The Copyright and The Trademark.

31.     These rights are further explained below:

### THE PLAINTIFF'S INTELLECTUAL PROPERTY – COPYRIGHT

32.     The Plaintiff is the Author of the original work of expression, "Greg," an audiovisual movie, which is registered with the U.S. Copyright Office, and the corresponding still photographs, also titled "Greg," are also registered with the U.S. Copyright Office.   Copies of the relevant copyright certificates are attached as **Exhibit B**.

33.     The effective date of registration of these works was October 6, 2009, which was prior to the infringement committed by the Defendants.  See **Exhibit B**.

34.     The Plaintiff did not give either Defendant permission to republish its copyrighted works.

35.     In fact, this publication was in violation of the Plaintiff's rights and the Plaintiff's strict policy of disassociation with escort agencies and related services.

36.     The Plaintiff allows its copyrighted works to be used by third parties under strict licensing agreements that control the quality of the publication, the use of the Plaintiff's logos or other identifying information, and which require the payment of a fee that is never less than $5,000 in cash or other valuable consideration.

37.     Under no conditions has the Plaintiff ever licensed its photographs to an escort agency or other escort related business, nor does Plaintiff contemplate any circumstances under which it would do so.

38.     The commercial value of the relevant Copyrights has been diminished by the Defendants' actions.

### THE PLAINTIFF'S INTELLECTUAL PROPERTY – TRADEMARK RIGHTS

39.     The Plaintiff is the registrant of the trademark CORBIN FISHER®, Registration Number 3,196,073, Serial number 78-691,008.  A copy of the trademark registration certificate for this trademark is attached as **Exhibit C**.

40.     CORBIN FISHER is the Plaintiff's trademark, and it is only allowed to be used by third parties under strict licensing agreements that control the quality of the goods and services, the use of the Plaintiff's logos or other identifying information, and

which require the payment of a fee that is never less than $5,000 in cash or other valuable consideration.

41.     Under no conditions has the Plaintiff authorized the use of its Trademark for the commercial promotion of escort services, nor does the Plaintiff contemplate any circumstances under which it would do so.

42.     The commercial value of the Trademark has been diminished by the Defendants' actions.

### THE DEFENDANTS' WRONGFUL ACTS

43.     Men4rentnow.com is an escort advertising service provided by Wintice, which supplies a forum for the advertisement of male escorts.  One of these escorts, Justin Krueger, is a former model who worked for Plaintiff and appeared in the aforementioned work, "Greg."

44.     Justin Krueger uploaded the Plaintiff's copyrighted images, bearing the Plaintiff's registered trademark, to the Men4RentNow.com website.

45.     The seven photographs at issue all clearly display the Plaintiff's registered trademarks, thus making it clear to all viewers that these photographs belong to the Plaintiff.

46.     When Krueger created his advertisement, he used the name "Corbin Fisher" as his alias/screen-name.

47.     CORBIN FISHER® is the Plaintiff's registered trademark, and Krueger had actual knowledge of the fact.

48.     After Krueger uploaded these images to Men4RentNow.com, a Wintice employee, agent, or contractor reviewed Krueger's advertisement and rejected his ad because the uploaded images in the ad contained the "Corbin Fisher" name and trademark.

49.     Krueger exchanged emails with the Men4RentNow.com staff regarding the ad and this problem.

50. Wintice initially rejected Krueger's escort ad because it contained the images Plaintiff's trademark.

51. During email exchanged with Krueger, Wintice's employee suggested to Krueger that he ad would be approved if Krueger's username matched the name on the photographs.

52. Pursuant to this advice, inducement, and assistance, Krueger changed his profile name to "Corbin Fisher," which is the Plaintiff's trademark.

53. Wintice then manually approved the ad after re-reviewing it; upon re-review, the Wintice noted that Krueger changed his name on their website to the Plaintiff's trademark.

54. After re-reviewing Krueger's ad, Wintice approved publication of Krueger's ad, containing the Plaintiff's Intellectual Property.

55. Wintice Group, on information and belief, had actual knowledge of this fact, and if Wintice Group lacked actual knowledge of the fact, it had constructive knowledge of the fact.

56. The Defendants used and published The Intellectual Property to advertise escort services for profit and without the Plaintiff's permission.

57. The Defendants used and published The Intellectual Property without any regard as to the rights of the owner of The Intellectual Property.

58. The Defendants profited from this publication, or sought to do so.

59. A true and correct copy of Men4rentnow.com displaying the Plaintiff's copyrighted images is attached as **Exhibit A.**

60. Defendants knowingly and willfully infringed upon the Plaintiff's copyrights and trademark.

61. Neither Plaintiff nor any other person granted Defendants the right to manufacture and/or distribute The Intellectual Property, nor to exploit The Intellectual Property for the Defendants' own use and profit, and especially not for escort related services.

62.     The Defendants have never sought nor acquired permission to use any of The Intellectual Property, yet they still commercially distributed The Intellectual Property for their own profit.

63.     The Intellectual Property is extremely valuable.

64.     The Plaintiff licenses The Intellectual Property, but has strict requirements for such licensing in order to preserve the commercial value of The Intellectual Property, which is cheapened and diminished when distributed improperly.   Any license of The Intellectual Property requires that the Licensee:

     a.   Provide credit to the Plaintiff,

     b.   Present's the Intellectual Property in a high-quality environment,

     c.   Adhere to strict quality and presentation controls,

     d.   Pay a minimum fee of $5,000, but often more.

65.     Defendant Wintice Group is anticipated to take the position that it merely provides a platform for others, including Mr. Krueger, to advertise their services. However, 47 U.S.C. § 230 does not apply to intellectual property claims, and the DMCA (17 U.S.C. § 512) requires the execution of formalities (such as the registration of a DMCA agent) with which the Defendants have not complied.   Furthermore, Wintice engaged in activities that were beyond those of a mere "service provider."   Wintice engaged in actual editorial control and gave suggestions regarding changing the content of the ads, and otherwise took actions that place it outside of the protections of the DMCA by making them an actual publisher of the Plaintiff's copyrighted images and the Plaintiff's trademark, and Wintice's actions amount to inducement of Krueger's direct infringement.   Accordingly, neither of these anticipated defenses are meritorious; Wintice acted as the publisher of the relevant works, no as a mere service provider.   See **Exhibit D**.

66.     Furthermore, the Defendant Wintice Group engaged in a review of the advertisement that contained the Plaintiff's intellectual property before posting it on the Men4RentNow.com website, and thus participated in the publication and/or actively and

consciously ratified its publication.  See **Exhibit E**.  The text in **Exhibit E** is the exact same text that appears on the men4rentnow.com website outlining the Advertising Placement Agreement and which also appears in Annex B to the Declaration of Eric Gapp.

67.     Wintice Group reviews and approves advertisements that appear on its website, and Wintice Group reviewed and approved the advertisement shown in **Exhibit A**.  During Wintice Group's review and approval process, Wintice Group saw the prominently displayed CORBIN FISHER® logo on each photograph, and saw that the name of the ad at issue was "Corbin Fisher."

68.     The Wintice Group's Advertising Placement Agreement confirms that the Wintice Group reviews advertisements before publishing them, as the Wintice Group's Advertising Placement Agreement states: "This Agreement shall only be binding upon us following our review and acceptance of your advertising material in our sole discretion.  We retain the right to reject any proposed advertisement at our sole discretion."  See **Exhibit E** and **Annex B** to the Declaration of Eric Gapp.

69.     **Exhibit D** is a true and correct copy of an email exchange between the Defendants, which confirms that Wintice actively participated in the publication of the Plaintiff's Intellectual Property.

70.     The advertisement contains 7 of the Plaintiff's copyrighted images, and each of these 7 images clearly displays the Plaintiff's trademark, thus making it obvious to any viewer that these were proprietary images, owned by the Plaintiff.

71.     Accordingly, Wintice Group knowingly and willfully exploited and published the 7 works with the actual or constructive knowledge that they belonged to the Plaintiff or published them with willful blindness with respect to the Plaintiff's rights.

72.     Plaintiff specifically avoids associating with escort related services, and in its contract with Defendant Krueger, the Plaintiff specifically prohibited Krueger from engaging in escorting services due to the fact that any association between the Plaintiff

Case 6:10-cv-00044-PGB-GJK Document 125 Filed 02/26/10 Page 11 of 37

and such services would diminish the value of Plaintiff's intellectual property rights. The contract stated specifically:

> **Artist agrees to not engage in any adult nude video or still photo production, exotic dancing, stripping, or escort services for anyone outside of the Producer for a period of three hundred and sixty five (365) days following the last site posting date of the scenes in which the Artist appears that were shot under this agreement.**

73.     The scenes in "Greg" were posted to the Corbin Fisher website on October 5, 2009.

74.     The Defendants' use of the Plaintiff's intellectual property is likely to confuse the public into a belief that the Plaintiff participates in, sponsors, or endorses the kinds of services provided by Krueger and/or promoted by Wintice Group.

## FIRST CAUSE OF ACTION

### (Copyright Infringement 17 U.S.C. § 501)

75.     Plaintiff re-alleges and incorporates by reference as if verbatim, each and every paragraph.

76.     At all times relevant hereto, the Plaintiff has been the owner and producer of the 7 photographs, which were reproduced, distributed, and publicly displayed by the Defendants on the Men4rentnow.com website.

77.     The Plaintiff holds copyright registration certificates from the United States Copyright Office that cover the infringed upon works.

78.     Without authorization, the Defendants reproduced and distributed the Plaintiff's copyrighted and registered works on the Men4rentnow.com website.

79.     In addition to directly infringing, Defendant Wintice induced, encouraged, and materially aided Defendant Krueger in his infringement. Thus, even if Defendant Wintice is not responsible for direct copyright infringement, Wintice is vicariously and contributorily liable for Krueger's infringement.

80.     The Defendants' conduct was willful within the meaning given to that term by the Copyright Act.

11
SECOND AMENDED COMPLAINT

81.    As a result of their wrongful conduct, the Defendants are liable to the Plaintiff for copyright infringement under 17 U.S.C. § 501.

82.    Plaintiff is entitled to recover statutory damages under 17 U.S.C. § 504(c).

83.    In addition, because the Defendants' infringing acts were willful, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

84.    Plaintiff is entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION

### (False Endorsement, § 43(a) of the Lanham Act, 15 U.S.C. § 1125)

85.    Plaintiff re-alleges and incorporates by reference as if verbatim, each and every paragraph.

86.    Defendants' use of the Plaintiff's trademark in connection with web-based classified advertising of prostitution services constitutes false designation of origin because it indicates to consumers that Defendants' goods and services are produced by, or affiliated, or associated with Plaintiff when, in fact, they are not, and in fact, Plaintiff takes great pains to distance itself from such services.

87.    Defendants' actions have created a likelihood of confusion among consumers who will falsely believe that Defendants' goods and services are produced by, or affiliated with or associated with or endorsed by Plaintiff and/or that the Plaintiff is in some way affiliated with the Defendants' escort services when, in fact, Plaintiff is not.

88.    Defendants' use of the Plaintiff's trademark to market its services to the public constitutes intentional conduct by the Defendant to make false designations of origin and false descriptions about the Defendants' goods, services, and commercial activities.

89.    Upon information and belief, Defendant Doe 2 controls, directs, ratifies, participates in, and is the moving force behind the alleged activity, and he is therefore personally liable for such activity.

90.     As a direct and proximate result of Defendants' false designation of origin, Plaintiff has suffered monetary loss and irreparable injury to its business, reputation, and goodwill in its CORBIN FISHER® mark. Plaintiff is entitled to an award of compensatory damages and/or disgorgement of Defendants' profits in an amount to be proven at trial.

91.     Pursuant to the Lanham Act, Plaintiff is also entitled to treble damages and attorney's fees and costs incurred in prosecuting this action.

92.     This is an "exceptional case," thus justifying an award of the Plaintiff's attorney's fees incurred in the prosecution of this case.

### THIRD CAUSE OF ACTION

### (Unfair Competition: False Advertising – 15 U.S.C. § 1125(a)(1)(B))

93.     Plaintiff re-alleges and incorporates by reference as if verbatim, each and every paragraph.

94.     Defendants' use of Plaintiff's CORBIN FISHER® mark on an escort site by posting an ad that purported to be "Corbin Fisher" constitutes intentional and false advertising, and a misrepresentation of the nature, characteristics, qualities, and/or origin of Defendants' goods, services, and commercial activities.

95.     Upon information and belief, Defendant Doe 2 controls, directs, ratifies, participates in, and is the moving force behind the alleged activity, and he is therefore personally liable for such activity.

96.     As a direct and proximate result of Defendants' false advertising, Plaintiff has suffered monetary loss and irreparable injury to its business, reputation, and goodwill in its CORBIN FISHER® mark. Therefore, Plaintiff is entitled to an award of compensatory damages and disgorgement of Defendants' profits in an amount to be proven at trial.

97.     Pursuant to the Lanham Act, Plaintiff is also entitled to treble damages and attorney's fees and costs incurred in prosecuting this action.

## FOURTH CAUSE OF ACTION

### (Breach of Contract against Krueger)

98.     Plaintiff re-alleges and incorporates by reference as if verbatim, each and every paragraph.

99.     There was a valid contract between the Plaintiff LMH and Defendant Krueger.

100.     That contract called for Krueger to perform in the Plaintiff's films, but limited Krueger's conduct.

101.     Krueger agreed that he would not engage in any escort services for 365 days.  He waited less than 365 days before engaging in these services.

102.     Krueger has violated the contract by engaging in prostitution and escort services and by using the Plaintiff's intellectual property to advertise those services.

### WHEREFORE; PLAINTIFF PRAYS

1.     That the Court issue a Permanent Injunction prohibiting the Defendants from future misconduct of the type complained of in the Action.

2.     That all Defendants be found jointly and severally liable for all acts complained of.

3.     That the Defendants be required to pay treble damages for their willful trademark infringement.

4.     For statutory and/or exemplary and/or exemplary damages in an amount of $150,000 per count of copyright infringement.

5.     That Defendants be required to deliver up to be impounded during the pendency of this action:

        a.   All copies of the Plaintiff's works, in any format, in Defendants' possession or under their control,

        b.   All hard drives or other storage devices that contain the Plaintiff's works or other copyrighted images.

SECOND AMENDED COMPLAINT

6.      That Defendants pay to the Plaintiff its reasonable attorneys' fees pursuant
to 17 U.S.C. § 505 and/or 15 U.S.C. § 1117(a).

7.      That Defendants pay the Plaintiff the costs of this action; and,

8.      For any additional and further relief which this Court deems to be just and
proper.


Dated: February 12, 2010                      Respectfully Submitted,

                                              s/ Marc Randazza
                                              Marc J. Randazza,
                                              FL Bar # 625566
                                              302 Washington Street, Suite 321
                                              San Diego, CA 92103
                                              619-866-5975
                                              619-866-5976 fax

EXHIBIT A

















EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-646-367

**Effective date of
registration:**

October 6, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Greg

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 6, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:** copyright@excelsiormedia.com **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103 United States

## Certification

**Name:** Jason Gibson

**Date:** October 6, 2009

**Applicant's Tracking Number:** ACM0742

---

Page 1 of 1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-688-305**

Effective date of
registration:

October 6, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Greg-Screen Caps

**Previous or Alternative Title:** Corbin Fisher Amateur College Men Greg-Still Gallery

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 6, 2009    **Nation of 1st Publication:** United States

## Author

■    **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 6, 2009

**Applicant's Tracking Number:** ACM0742-SC/Stills

EXHIBIT C

Document Description: **Registration Certificate**
Mail / Create Date: **09-Jan-2007**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,196,073

Registered Jan. 9, 2007

**SERVICE MARK**
**PRINCIPAL REGISTER**

# CORBIN FISHER

EXCELSIOR MEDIA LLP (MISSOURI LIMITED LIABILITY PARTNERSHIP)
405 SOUTH DALE MABRY HIGHWAY; SUITE 346
TAMPA, FL 33609

FOR: PROVIDING AN ONLINE ADULT WEBSITE FEATURING PHOTOGRAPHS AND VIDEOS IN THE FIELD OF ADULT ENTERTAINMENT; ENTERTAINMENT SERVICES IN THE NATURE OF PROVIDING A WEBSITE ON THE GLOBAL COMPUTER NETWORKS FEATURING INFORMATION IN THE FIELD OF ADULT ENTERTAINMENT; PROVIDING AN ONLINE WEBSITE OF INFORMATION COMPRISING ADULT MATERIAL AND VIEWING THEREOF, AND OTHER ADULT ENTERTAINMENT RELATED NEWS, FACTS, TRIVIA AND HUMOR; ADULT MEMBERSHIP WEBSITE FEATURING ADULT ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-0-2003; IN COMMERCE 1-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "CORBIN FISHER" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 78-691,008, FILED 8-11-2005.

KEVIN DINALLO, EXAMINING ATTORNEY

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or

save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail* TrademarkAssistanceCenter@uspto.gov, *or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving* **technical** *glitches, please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-mail* Electronic Business Support, *or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail* USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

EXHIBIT D

**From:** Eric Gapp <eric@corbinfisher.com>
**Subject:** **Fwd: Ad Denied**
**Date:** February 12, 2010 5:25:29 PM PST
**To:** eric@corbinfisher.com

-----Original Message-----
From: Jake Lyons [mailto:Jake@JakeLyons.com]
Sent: Tuesday, January 19, 2010 11:50 PM
To: Baileey@BaileeyProductions.com
Subject: FW: Ad Denied

_____

From: Jake Lyons
Sent: Friday, November 13, 2009 10:21 AM
To: Customer Service - M 4 R N
Subject: RE: Ad Denied

I'm sorry, it appears that my ad is posted. Everything must be
fine... Its
all good. Sorry for bugging you. Have a good day.

-----Original Message-----
From: Customer Service - M 4 R N [mailto:customerservice@m4rn.com]
Sent: Friday, November 13, 2009 10:12 AM
To: Jake Lyons
Subject: RE: Ad Denied

Hi

There is 7 photos approved on your account that includes your
accounts
username CorbinFisher

Are there supposed to be more photos? or is 7 correct?

Regards,

Customer Service
Men 4 Rent Now

Quoting Jake Lyons <Jake@JakeLyons.com>:

> I changed my username to match the text. Does that make it all
> better?
>
> -----Original Message-----
> From: Customer Service - M 4 R N [mailto:customerservice@m4rn.com]
> Sent: Friday, November 13, 2009 7:06 AM
> To: Jake Lyons
> Subject: RE: Ad Denied
>
> Dear Sir
>
> Please see the advice the Ad approval team sent you with this below
> denial
>
> *****************************CUSTOMER

ADVICE****************************
The only wording allowed in pics is your username. You need one
acceptable pic for approval.
****************************CUSTOMER
ADVICE****************************

The only text allowed in your photos is the username from your
men4rentnow account

Your photos were removed for unacceptable text --All accounts
require
one self photo for advertisement

Please remove the text from your photos before re-posting them to
your account

Regards,

Customer Service
Men 4 Rent Now


Quoting Jake Lyons <Jake@JakeLyons.com>:

Why is my ad visible to public use and Denies. Was I approved and
uniformed?

-----Original Message-----
From: customerservice@men4rentnow.com
[mailto:customerservice@men4rentnow.com]
Sent: Friday, November 13, 2009 12:08 AM
To: Jake Lyons
Subject: Ad Denied

Men4RentNow: Your Ad was denied
_____

Dear CorbinFisher,

Your ad was denied for placement on the Men4RentNow site.

Any time you make changes to your headline, advertisement, or
pics,
your ad must be proofed for publishing. This process usually
occurs
within minutes during normal business hours, but may take up to 24
hours. We appreciate your patience during the ad verification
process as hundreds of ads are proofed every day.

Unfortunately, your ad did not adhere to the standards currently
enforced on the Men4RentNow site. This may be due to legal
reasons that prevent us from publishing certain content.

The following advice was provided by our customer service
department:
****************************CUSTOMER
ADVICE****************************
The only wording allowed in pics is your username. You need one
acceptable pic for approval.
****************************CUSTOMER
ADVICE****************************

Men4RentNow
Customer Service
customerservice@men4rentnow.com

M4RN
THE FASTEST WAY TO MEET LOCAL ESCORTS & MASSEURS RIGHT NOW!

Eric Gapp, Paralegal
Corbin Fisher
302 Washington Street, Suite 321
San Diego, CA 92103
619-446-6472, ext. 121
619-866-5976 fax
eric@corbinfisher.com

Eric Gapp, Paralegal
Corbin Fisher
302 Washington Street, Suite 321
San Diego, CA 92103
619-446-6472, ext. 121
619-866-5976 fax
eric@corbinfisher.com

EXHIBIT E

Advertising Placement Agreement

You must read and agree to these Terms and Conditions to place an
advertisement on Men4RentNow.com. By placing an advertisement order,
you agree to be bound by the following terms and conditions of this
Agreement.

Certification of Age:  Advertiser certifies that he is 18 years of age
or older.

Advertiser Status:  In seeking to place an advertisement on this site,
you acknowledge and agree that you are acting as an independent service
provider and have no relationship with us, whether based in common or
contractual law, other than that as a paid advertiser.  Men4RentNow.com
does not engage in or promote advertising for any illegal activities of
any kind, including but not limited to solicitation of prostitution or
prostitution. Advertiser's agrees, guarantees and warrants that
Advertiser will not place an advertisement on this site for the purpose
of advertising, promoting or soliciting any illegal activities of any
kind.

Responsibility of Advertisers on this site:  All advertisers on this
site agree to send pictures of themselves only. Advertiser warrants and
guarantees that he is the sole owner of all property rights, including
intellectual, of the photographs submitted to the site for
advertisement placement.

Acceptance of Advertiser Placement:  This Agreement shall only be
binding upon us following our review and acceptance of your advertising
material in our sole discretion.  We retain the right to reject any
proposed advertisement at our sole discretion.

Non-Exclusive License Agreement:  Advertiser agrees that if Advertiser
uploads, posts, emails or otherwise transmits material, including
images, to our web site, Advertiser automatically grants (or warrant
that the owner of such rights has expressly granted) us a royalty-free,
nonexclusive right (including any moral rights) license to use,
reproduce, modify, adapt, publish, translate, transmit, create
derivative works from, distribute, perform, communicate to the public,
and display such materials (in whole or party) worldwide and/or to
incorporate such materials into any form, medium, or technology now
known or later developed throughout the universe for the full term of
any rights that may exist in such materials.  You also permit other
users of our web site to access the materials for their own personal
use. In addition, you warrant that all so-called moral rights in said
materials have been completely and effectively waived. Subject to the
foregoing, the owner of materials placed on our web site retains any
and all rights that may exist in such materials.

Access: As an Advertiser, you are responsible for providing all
necessary computer and communications equipment to upload material to
and gain access to the site.

Amendments:  We reserve the right, in our sole discretion, to amend,
modify or change any and all parts of these Terms and Conditions
without cause. Any such changes shall be effective immediately upon
implementation. Your continued advertisement on the site shall
constitute your acceptance of any such changes.

Termination/Cancellation:  We retain the right to terminate any
Advertising for any reason at any time.   Should an advertisement be
terminated based on a determination by us, in our sole discretion, that
an illegal activity is being promoted, all advertising fees shall be
forfeited by Advertiser and shall not be refunded to Advertiser.

Assignment:  You do not have the right to assign this Agreement or any of your rights to the Service to anyone. We have the right to assign any or all of its rights and duties under this Agreement or to the Service to any third party without the permission of advertiser.

Disclaimer:  All materials on Men4RentNow.com are provided "as is."  We offer no assurances or guarantees, whether expressed or implied, that the sites or links on the sites will be active at all time or error free.  No warranty of merchantability, whether express or implied, is made regarding the site. Should any Advertiser seek to recover monetary damages from us in regard to any service provided on a site including, but not limited to, issues regarding advertising location or up time on the site, the parties to this Agreement specifically agree that said recovery shall be limited to an amount equal to any amount actually paid by Advertiser for the period in question in the dispute.

Jurisdiction:  This Agreement, and any dispute arising from advertising on Men4RentNow.com will be governed and determined by the laws of California excluding any laws that direct the application of another jurisdiction's law.  Any dispute that arises under or relates to this Agreement (whether contract, tort, or both) will be resolved in the relevant court having jurisdiction in Los Angeles, California, and the parties expressly waive any right they may otherwise have to cause any such action or proceeding to be brought or tried elsewhere.

Severability:  Any provision of this Agreement that in any way contravenes the law of any state or country in which this Agreement is effective will, in that state or country, to the extent the law is contravened, be considered separable and inapplicable and will not affect any other provision or provisions of this Agreement.

Any and all questions regarding these Terms and Conditions should be submitted to: questions@m4rn.com.