# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIBERTY MEDIA HOLDINGS, LLC,**

Plaintiff,

-vs-                                                                  Case No.  6:10-cv-44-Orl-19GJK

**WINTICE GROUP, INC. doing business as men4rentnow.com, JOHN DOES 2-10, JUSTIN KRUEGER an individual also known ask Jake Lyons,**

Defendants.

---

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Justin Krueger** in Orlando, Florida on this 17th day of August, 2010.

SHERYL L. LOESCH, CLERK

By:    s/R. Olsen, Deputy Clerk

Copies furnished to:

Counsel of Record