UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

vs.                      CASE NO. 6:10-CV-44-ORL-19GJK

JUSTIN KRUEGER a/k/a "JAKE LYONS,"
an individual; and JOHN DOES 2-10,

    Defendants.

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AND ENTRY OF FINAL JUDGMENT**

The Court, finding proof has been made to the satisfaction of the Court and good cause appearing thereto, it is hereby:

ORDERED and ADJUDGED that Plaintiff's Motion for Default Judgment (Doc. No. 30, filed August 20, 1010) is **GRANTED.** Final Judgment is entered in the above-entitled action against Defendant Justin Krueger. The Court finds that Krueger willfully infringed on the Plaintiff's copyrighted works, infringed on the Plaintiff's trademark, and breached his contract with Plaintiff.

Plaintiff has the right to collect up to $150,000 in damages for each copyright infringement. However, the Plaintiff has alleged that it charges a minimum licensing fee of $5,000 per image, and the Defendant unlawfully used seven of the Plaintiff's images. Therefore, the Plaintiff has agreed to limit its monetary damages in this case to $35,000.

Therefore, the Court awards the Plaintiff the following relief against Defendant Justin Krueger:

1)    Plaintiff is awarded damages of $35,000.00 for infringement upon the Plaintiff's

    copyright and for infringement upon the plaintiff's trademark.

2)    Defendant Krueger is permanently enjoined from using the Plaintiff's intellectual property, including its copyrighted works and its registered trademarks, in any infringing manner whatsoever.

3)    Plaintiff is awarded the costs of this suit in the amount of $850.00.

4)    Plaintiffs are awarded $18,310.00 in attorney's fees.

5)    Final judgment shall be entered in favor of Plaintiff and against Defendant Krueger for $54,160.00.  Interest shall begin collecting at a rate of 6% per annum from the date of entry of the final judgment.

6)    A Writ of Execution shall be issued forthwith for $54,160.00.

7)    A Writ of Garnishment and a continuing Writ of Garnishment shall be issued forthwith for $54,160.00.

8)    Jurisdiction of this case is retained to enter further orders that are proper.

**DONE AND ORDERED** at Orlando, Florida, this ___8th___ day of October, 2010.

*[Signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record