UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 6:10-CV-00044 |
| Plaintiff, | |
| vs. | |
| JUSTIN KRUEGER a/k/a "JAKE LYONS," an individual; and JOHN DOES 2-10 | |
| Defendants | |

## WRIT OF EXECUTION

TO:   THE UNITED STATES MARSHALL

YOU ARE DIRECTED to enforce the Judgment and to levy on the property subject to execution of JUSTIN KRUEGER a/k/a JAKE LYONS, including in the sum $54,160.00 with interest at 6% a year from October 12, 2010 until paid and to have this writ before said court when satisfied.

Dated: 11-19-10

By: _[signature] Deputy Clerk_