# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 6:10-CV-00044 |
| Plaintiff, | |
| vs. | |
| JUSTIN KRUEGER a/k/a "JAKE LYONS," an individual; and JOHN DOES 2-10 | |
| Defendants | |

## WRIT OF GARNISHMENT

TO:   THE UNITED STATES MARSHALL

YOU ARE COMMANDED to summon the garnishee upon whom this Writ is served to serve an answer to this writ on Marc Randazza, plaintiff's attorney, whose address is 302 Washington Street, Suite 321, San Diego, CA 92103, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, Justin Krueger, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant.

The amount Defendant is indebted to Plaintiff is $54,160 plus interest since October 12, 2010.

Dated: 11-19-10

By: _____
Deputy Clerk