## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 6:10-CV-00044 |
| Plaintiff, | |
| vs. | |
| JUSTIN KRUEGER a/k/a "JAKE LYONS," an individual; and JOHN DOES 2-10 | |
| Defendants | |

## CONTINUING WRIT OF GARNISHMENT

TO:   THE UNITED STATES MARSHALL

YOU ARE COMMANDED to summon the garnishee, upon whom this Writ is served, who is required to serve an answer to this writ on Marc Randazza, plaintiff's attorney, whose address is 302 Washington Street, Suite 321, San Diego, CA 92103, within 20 days after service of this writ, exclusive of the day of service, and to file the original with the clerk of court either before service on the attorney or immediately thereafter. The answer shall state whether the garnishee is the employer of the defendant JUSTIN KRUEGER a/k/a JAKE LYONS and whether the garnishee is indebted to the defendant by reason of salary or wages. The garnishee's answer shall specify the periods of payment (for example, weekly, biweekly, or monthly) and amount of salary or wages and be based on the defendant's earnings for the pay period during which this writ is served on the garnishee.

During each pay period, a portion of the defendant's salary or wages as it becomes due shall be held and not disposed of or transferred until further order of this court. The amount of salary or wages to be withheld for each pay period shall be made in accordance with the following paragraph. This writ shall continue until the plaintiff's judgment is paid in full or until otherwise provided by court order.

Federal law (15 U.S.C. §§1671–1673) limits the amount to be withheld from salary or wages to no more than 25% of any individual defendant's disposable earnings (the part of earnings remaining after the deduction of any amounts required by law to be deducted) for any pay period or to no more than the amount by which the individual's disposable earnings for the pay period exceed 30 times the federal minimum hourly wage, whichever is less.

For administrative costs, the garnishee may collect $5 against the salary or wages of the defendant for the first deduction and $2 for each deduction thereafter.

The total amount of the final judgment outstanding is $54,160.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF $54,160.

Dated on 11-19-10.

By _____
Deputy Clerk